

ORDERED in the Southern District of Florida on February 11, 2015.

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Christopher G Hohner                             Case No.  14-17478-EPK
                                                          Chapter 13

             Debtor
                                                          W. Palm Beach Division

_____/

### ORDER SUSTAINING OBJECTION TO CLAIM

**THIS CAUSE** having come before the Court on February 9, 2015, upon the Attorney for Debtors' Amended Objection to Claim (CP#37), and based on the record it is:

1. **ORDERED** that the debtor's objection to claim #2 filed by Cavalry SPV I, LLC as assignee of HSBC Consumer Le is sustained.  This is a late filed claim filed past the deadline date.  Claim is stricken and disallowed.

###

LF-25 (rev. 8/28/13)

Submitted by:
Sean I. Koplow
6801 Lake Worth Rd., #315
Lake Worth, FL  33467
Phone:  561/642-3000
Facsimile: 561/965-4966
email: seankoplow@gmail.com

Sean I. Koplow is directed to serve a copy of this Order to all interested parties and file a Certificate of Service.

LF-25 (rev. 8/28/13)